IN THE UNITED STATES DISTRICT COURT
FOR TE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PDP HEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOLINA HEALTHCARE, INC; MOLINA HEALTH CARE OF PUERTO RICO, INC. and POLICLINICAS MEDICAS ASOCIADAS, INC., <br><br> Defendants. | CIVIL NO. 18-1121-PAD-MEL <br><br> RE: <br><br> UNREASONABLE RESTRAIN OF TRADE OR COMMERCE; INJUNCTION; DECLARATORY JUDGEMENT; SPECIFIC PERFORMANCE AND DAMAGES; TORTIOUS INTERFERENCE; TEMPORARY RESTRAINING ORDER; PRELIMINARY AND PERMANENT INJUNCTION ORDER AND DAMAGES |

**MOTION REQUESTING VOLUNTARY DISMISSAL
PURSUANT TO DOCKETS NO. 63 AND 64**

**TO THE HONORABLE COURT:**

COMES NOW plaintiff PDP Health Management, Inc. ("PDP"), through the undersigned counsels, and respectfully states, alleges, and prays as follows:

1. On April 23, 2018, Honorable Magistrate Judge Marcos E. López issued a report and recommendation where it was recommended that pursuant to Fed. R. Civ. P. 12(b)(6) Dockets No. 30 and 33 be GRANTED dismissing Plaintiff's Sherman Act Claim with prejudice and not exercise supplemental jurisdiction over the Commonwealth claims, therefore, dismissing said claims WITHOUT PREJUDICE. See, **Docket No. 63**.

2. Even though the parties have fourteen (14) days to file any objections to the report and recommendation issued by the Honorable Magistrate Judge, PDP waives said right and requests that this Honorable Court dismisses the present claim pursuant to the report and recommendations issued on Dockets No. 63 and 64.

**WHEREFORE**, PDP respectfully requests that this Honorable Court take notice of the foregoing and dismiss the present claim pursuant to the reports and recommendations at Dockets No. 63 and 64.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date this motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys who have filed appearances in this case.

Dated: April 25, 2018　　　　　　　　**RESPECTFULLY SUBMITTED,**
San Juan, Puerto Rico

/s/José F. Escobar Machín
José F. Escobar Machín
USDC-PR Bar No. 230509
Box 193 El Valle
Caguas, P.R. 00727
Telephone (787) 308-7705
lcdojescobar@gmail.com

S/ GERARDO GONZALEZ ROMAN
USDC-PR 209314
P.O. Box 1421
Boquerón, Puerto Rico 00622
(787)643-3730
Email: jerrygon6004@yahoo.com