# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PDP HEALTH MANAGEMENT, INC.,<br><br>   Plaintiff,<br><br>          v.<br><br>MOLINA HEALTHCARE OF PUERTO RICO, INC., <u>ET AL.</u>,<br><br>   Defendants. | CIVIL NO. 18-1121 (PAD) |

## JUDGMENT

In light of this court's order (Docket No. 67) and pursuant to the "Motion Requesting Voluntary Dismissal Pursuant to Dockets No. 63 and 64" (Docket No. 66), judgment is entered dismissing plaintiff's claims under the Sherman Act with prejudice. Plaintiff's state claims are dismissed without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of May, 2018.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge